## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

David Dugan

v.

Village of Hazelcrest, Hazel Crest Police Officer D. Pierce, Star No. 218, and an Unknown Unnamed Police Officer, Individually

Case Number:
FILED: JUNE 4, 2008
08CV3219   PH
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| |
|---|
| NAME (Type or print) <br> Garrett W. Browne |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Garrett W. Browne |
| FIRM <br> Ed Fox & Associates |
| STREET ADDRESS <br> 300 W. Adams Street, Suite 330 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER(SEE ITEM 3 IN INSTRUCTIONS) <br> 6242592 | TELEPHONE NUMBER <br> (312) 345-8877 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES         NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES         NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |