# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

12332-TRW,MMP                    F:\Trw\12332\pldgs\CertService_AttyAppear_MMP.wpd    ATTY # 06184955

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DAVID DUGAN,

                       Plaintiff,

vs.

VILLAGE OF HAZEL CREST, HAZEL CREST
POLICE OFFICER D. PIERCE, STAR NO. 218,
and UNKNOWN UNNAMED POLICE OFFICER,
Individually,

                       Defendants.

No. 08CV3219

Judge Castillo

Magistrate Judge Cole

## <u>CERTIFICATE OF SERVICE</u>

       PLEASE TAKE NOTICE that the undersigned, an attorney, hereby certifies that he caused the attached **<u>Attorney Appearance</u>**, to be served upon counsel of record in the above captioned matter at the addresses listed on this certificate of service by regular U.S. Mail on this **8th** day of **July, 2008.**

Garrett Browne
Ed Fox & Associates
300 W. Adams Street, Suite 330
Chicago, IL 60602

                                 By:   /s/ Meredith M. Pate
                                     Meredith M. Pate

NORTON, MANCINI & WEILER
Attorneys for Defendants
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 6290417