**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

12332-TRW,MMP          F:\Trw\12332\pldgs\CertService_AttyAppear_TRW.wpd   ATTY # 06184955

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DUGAN,<br><br>       Plaintiff,<br><br>vs.<br><br>VILLAGE OF HAZEL CREST, HAZEL CREST POLICE OFFICER D. PIERCE, STAR NO. 218, and UNKNOWN UNNAMED POLICE OFFICER, Individually,<br><br>       Defendants. | No. 08CV3219<br><br>Judge Castillo<br><br>Magistrate Judge Cole |

**CERTIFICATE OF SERVICE**

       PLEASE TAKE NOTICE that the undersigned, an attorney, hereby certifies that he caused the attached **Attorney Appearance**, to be served upon counsel of record in the above captioned matter at the addresses listed on this certificate of service by regular U.S. Mail on this **8th** day of **July, 2008.**

Garrett Browne
Ed Fox & Associates
300 W. Adams Street, Suite 330
Chicago, IL 60602


                                        By:   /s/ Thomas R. Weiler
                                              Thomas R. Weiler

NORTON, MANCINI & WEILER
Attorneys for Defendants
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 06184955