## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **DAVID DUGAN** | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 3219 |
| | ) |
| vs. | ) JUDGE CASTILLO |
| | ) |
| VILLAGE OF HAZELCREST, Hazel Crest Police Officer D. Pierce, Star No. 218, and an Unknown Unnamed Police Officer, Individually, | ) ) ) ) |
| Defendants, | ) |

### NOTICE OF FILING

TO**:**   Thomas R. Weiler,  NORTON, MANCINI & WEILER, 111 W. Washington St., Suite 835, Chicago, IL. 60602

     **PLEASE TAKE NOTICE** that on August 27, 2008, the undersigned electronically filed with the Clerk of this Court, the INITIAL STATUS REPORT service of which is being made upon you.

                                      S/Garrett Browne
                                      Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

### CERTIFICATE OF SERVICE

     I hereby certify that on August 27, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                      /s/Garrett Browne
                                      Garrett Browne
                                      ED FOX & ASSOCIATES
                                      300 West Adams, Suite 330
                                      Chicago, IL 60606
                                      (312) 345-8877
                                      gbrowne@efox-law.com