UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

| Case Title | Case Number: 08CV3219 |
|---|---|
| DAVID DUGAN | |
| V. | Assigned Judge: Castillo |
| VILLAGE OF HAZEL CREST, HAZEL CREST POLICE OFFICER D. PIERCE, STAR NO. 218, and UNKNOWN UNNAMED POLICE OFFICER, | Designated Magistrate Judge: Cole |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| 9/4/08 | By: [Signature] | Village of Hazel Crest, Hazel Crest Police |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| 9/4/08 | By: [Signature] | David Dugan |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| | By: | |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| | By: | |
|---|---|---|
| Date | Signature | Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

12332-TRW,MMP    F:\Trw\12332\pldgs\CertService_ConsentMagistrate090408.wpd   ATTY # 06184955

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DUGAN,<br><br>          Plaintiff,<br><br>vs.<br><br>VILLAGE OF HAZEL CREST, HAZEL CREST POLICE OFFICER D. PIERCE, STAR NO. 218, and UNKNOWN UNNAMED POLICE OFFICER, Individually,<br><br>          Defendants. | No. 08CV3219<br><br>Judge Castillo<br><br>Magistrate Judge Cole |

**CERTIFICATE OF SERVICE**

     PLEASE TAKE NOTICE that the undersigned, an attorney, hereby certifies that he caused the attached **Consent to Exercise of Jurisdiction By a Magistrate Judge**, to be served upon counsel of record in the above captioned matter at the addresses listed on this certificate of service by regular U.S. Mail on this **4th** day of **September, 2008.**

Garrett Browne
Ed Fox & Associates
300 W. Adams Street, Suite 330
Chicago, IL 60602

                              By:   /s/ Thomas R. Weiler
                                       Thomas R. Weiler

NORTON, MANCINI & WEILER
Attorneys for Defendants
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 06184955