Amended

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| Case Title | Case Number: 08CV3219 |
|---|---|
| DAVID DUGAN | |
| V. | Assigned Judge: Castillo |
| VILLAGE OF HAZEL CREST, HAZEL CREST POLICE OFFICER D. PIERCE, STAR NO. 218, and UNKNOWN UNNAMED POLICE OFFICER, | Designated Magistrate Judge: Cole |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | Signature | Name of Party or Parties |
|---|---|---|
| 9/4/08 | By: [signature] | Village of Hazel Crest, Hazel Crest Police |
| 9/4/08 | By: [signature] | David Dugan |
| 9/4/08 | By: [signature] | Hazel Crest POlice Officer D. Pierce |
| | By: | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

12332-TRW,MMP　　　　　　F:\Trw\12332\pldgs\CertService_AmendedConsentMagistrate090408.wpd　ATTY # 06184955

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DAVID DUGAN, <br><br> Plaintiff, <br><br> vs. <br><br> VILLAGE OF HAZEL CREST, HAZEL CREST POLICE OFFICER D. PIERCE, STAR NO. 218, and UNKNOWN UNNAMED POLICE OFFICER, Individually, <br><br> Defendants. | No. 08CV3219 <br><br> Judge Castillo <br><br> Magistrate Judge Cole |

### CERTIFICATE OF SERVICE

　　　PLEASE TAKE NOTICE that the undersigned, an attorney, hereby certifies that he caused the attached **Amended Consent to Exercise of Jurisdiction By a Magistrate Judge**, to be served upon counsel of record in the above captioned matter at the addresses listed on this certificate of service by using the CM/ECF system, which sent notification of such filings to the following attorneys of record, on this **4th** day of **September, 2008.**

Garrett Browne
Ed Fox & Associates
300 W. Adams Street, Suite 330
Chicago, IL 60602

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Thomas R. Weiler
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas R. Weiler

NORTON, MANCINI & WEILER
Attorneys for Defendants
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 06184955